IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| KERRITH DUVALL, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-18-0009-C |
| | ) | |
| WARDEN BEAR, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation on February 9, 2018, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

In his objection, Petitioner does not controvert the facts or legal underpinning of the Report and Recommendation, he simply cites legal arguments and authority which have no relevance to the unquestionably correct conclusions of Judge Erwin.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 8), and for the reasons announced therein, this petition for habeas corpus relief is dismissed without prejudice. A judgment will enter accordingly.

IT IS SO ORDERED this 26th day of February, 2018.

ROBIN J. CAUTHRON
United States District Judge